**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| YONTO TARLUE, | Civil No. 18-3200 (JRT/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| SECRETARY OF HOMELAND SECURITY, et al, | |
| Respondents. | |

Yonto Tarlue, Freeborn County Adult Detention Center, P.O. Drawer 170, Albert Lea, MN 56007, *pro se* petitioner.

Ana Voss, Ann Bildtsen, Gregory Brooker, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE, N**300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondents.

United States Magistrate Judge David T. Schultz issued a Report and Recommendation on December 26, 2018. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

Based on all the files, records and proceedings hereing, **IT IS HEREBY ORDERED** that:

1. Yonto T.'s Petition for a Writ of Habeas Corpus [Docket No. 1] be **DENIED AS MOOT**.

2. This action be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 16, 2019
at Minneapolis, Minnesota

s/John R. Tunheim_____
JOHN R. TUNHEIM
Chief Judge
United States District Court